JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| Case No. | 2:25-cv-10410-ODW (MARx) | Date | February 11, 2026 |
|---|---|---|---|
| Title | *Miriam Maldonado v. Lucrecia Garcia et al.* | | |

| Present: The Honorable | Otis D. Wright II, United States District Judge | |
|---|---|---|
| Sheila English | Not reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not present | Not present |

**Proceedings (In Chambers):**

On November 4, 2025, the Court issued an Order Regarding Prosecution of Certain Cases Under the Americans with Disabilities Act. (ADA Order, Dkt. No. 9.) Among other things, the Order requires Plaintiff to serve Defendant "*promptly* after filing, and in no event later than 90 days after filing." (*Id.* at 2.) The Order also states that "proofs of timely service for all defendants must be filed within 95 days of the filing of the case, absent a previously approved extension of time by the Court or a motion or responsive pleading by all defendants." (*Id.*) The Order also cautions that "failure to comply with this Order or any other Order issued in this case will result in a sanction of $300 . . . and dismissal for lack of prosecution." (*Id.*)

On October 29, 2025, Plaintiff filed her Complaint. (Compl., Dkt. No. 1.) Thus, Plaintiff's deadline to serve Defendants in this matter was on January 27, 2026. *See* Fed. R. Civ. P. 4(m). Furthermore, in accordance with the Court's Order, Plaintiff was required to file her proofs of service with the Court no later than February 2, 2026. (ADA Order 2 (requiring that proofs of timely service for all defendants be filed within 95 days of the filing of the case).)

As of today's date, Plaintiff has not filed any proof of service with the Court. Therefore, the Court hereby imposes the **SANCTION of $300** and **DISMISSES** this case **WITHOUT PREJUDICE** for lack of prosecution. Plaintiff shall submit payment to the Clerk of the Court and file proof of such payment with the Court within two weeks of the date of this order.

All dates and deadlines are **VACATED**.  The Clerk of the Court shall close this case.

**IT IS SO ORDERED.**

|                    |   | : | 00 |
|--------------------|---|---|----|
| Initials of Preparer | SE | | |